# United States District Court
*Southern District of Georgia*

PATRICIA D. WYNN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV203-19

PARAGON SYSTEMS, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered January 26, 2004, granting the Defendant's motion for summary judgment and dismissing Count IV of complaint, judgment is hereby entered in favor of the Defendant, PARAGON SYSTEMS, INC., and against the Plaintiff, PATRICIA D. WYNN.

**E.O.D.**

1-26-04
DATE

pt
INITIALS

| January 26, 2004 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   2:03-cv-00019
Date Served:   January 26, 2004
Served By:     Sherry L. Taylor

Attorneys Served:

   Michael L. Edwards, Esq.
   R. Jason D'Cruz, Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate